December 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ST. PAUL MERCURY INSURANCE COMPANY, Appellant

NO. 14-12-00503-CV                              V.

JAMES E. GALLOWAY, CATHERINE B. GALLOWAY, GALLOWAY TRUST
MANAGEMENT AND ALLIANCE DEVELOPMENT, INC., Appellees

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on April 23, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.